```
BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLGA PALAMARCHUCK, et al., ) <br> ) <br> Defendants. ) <br> _____) | D.C. NO. 2-11-CR-450-GEB <br><br> APPLICATION AND ORDER <br> FOR UNSEALING INDICTMENT |

On October 20, 2011, the indictment was filed in the above-referenced case. Since some of the defendants have now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: October 25, 2011               BENJAMIN B. WAGNER
                                      United States Attorney

                                   By:/s/ Dominique N. Thomas
                                      DOMINIQUE N. THOMAS
                                      Assistant U.S. Attorney

<u>ORDER</u>

SO ORDERED:

DATED: October 25, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE