```
FILED
OCTOBER 25, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,           )<br>v.                            )<br>  )<br>OLGA PALAMARCHUCK,    )<br>  )<br>   Defendant.            ) | Case No. 2:11-cr-00450-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release OLGA PALAMARCHUCK, Case No. 2:11-cr-00450-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

  _X_   Bail Posted in the Sum of: $50,000.00.

       _X_   Co-Signed Unsecured Appearance Bond

       ___   Appearance Bond with Surety

       _X_   (Other) Conditions as stated on the record.

       _X_   (Other) Bond paperwork due by 10/28/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10-25-11  at 3:05 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge