**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Olga Palamarchuck

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>OLGA PALAMARCHUCK<br>PYOTR BONDARUK<br>PETER KUZMENKO<br>BERA ZHIRY<br><br>            Defendant | Case No. Cr.S-11-450 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS<br><br>Date: April 19, 2013<br>Time: 9:00 AM<br>Court: GEB |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that status conference in the above referenced matter be continued to January 18, 2013 at 9:00 AM.

The basis for this request is that defense counsel are continuing to negotiate with the government to resolve this matter. With respect to defendant Peter Kuzmenko, trial counsel Chastaine is in presently trial in another matter.

IT IS FURTHER STIPULATED that the period from January 18, 2013, (the date set for the previous status conference) through and including April 19, 2013, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: January 17, 2013                    Respectfully submitted


                                           /S/MICHAEL  B. BIGELOW
                                           Michael B. Bigelow
                                           Attorney for Olga Palamarchuck

**IT IS SO STIPULATED**


/S/Steve Lapham, Esq.,
STEVE LAPHAM, Esq.,                        Dated: January 17, 2013
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW, Esq.,               Dated: January 17, 2013
Michael B. Bigelow
Attorney for Defendant
Olga Palamarchuck


/S/Michael Chastaine, Esq.,                Dated: January 17, 2013
MICHAEL CHASTAINE, Esq.,
Attorney for Defendant
Peter Kuzmenko

```
/S/ Mathew Bockman, Esq.,                    Dated: January 17, 2013
MATHEW BOCKMAN, Esq.,
Attorney for Defendant
Vera Zhiry


/S/ DINA SANTOS, Esq.,                       Dated: January 17, 2013
Dina Santos, Esq.,
Attorney for Defendant
Pytor Bondaruk
```

**ORDER (PROPOSED)**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until APRIL 19, 2013 at 9:00 PM, and time excluded for the reasons set forth above.

**Date:  1/22/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge