HEATHER E. WILLIAMS, Bar #122664
Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VERA ZHIRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-11-450 TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) | |
| OLGA PALAMARCHUK, et al., | ) | Date:  August 29, 2013 |
| Defendants. | ) | Time:  9:30 a.m. |
|  | ) | Judge: Troy L. Nunley |

Defendant PETER KUZMENKO, by and through his attorney, Michael Chastaine, OLGA PALAMARCHUCK, by and through her attorney Michael Bigelow, PYOTR BONDARUK, by and through his attorney, Dina Santos, VERA ZHIRY, by and through her attorney, Matthew C. Bockmon, the United States, by and through Assistant United States Attorney Lee Bickley, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, May 9, 2013 at 9:30 a.m. to Thursday, August 29, 2013 at 9:30 a.m.

This is a mortgage fraud case. The reasons for this request is to allow defense counsel to review the large volume of discovery and defense counsel are continuing to negotiate with the government to resolve this matter. Additionally, defense counsel Michael Chastaine is unavailable due to another matter.

It is further stipulated that the time period from May 9, 2013, through and including the date of the new status conference hearing, August 29, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable

1  time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests
2  of the public and the defendant in a speedy trial.
3  Dated:  May 7, 2013

4                                       Respectfully submitted,

5                                       HEATHER E. WILLIAMS
                                     Federal Defender
6
                                     */s/ Matthew C. Bockmon*
7                                       MATTHEW C. BOCKMON
                                     Assistant Federal Defender
8                                       Attorney for Defendant
                                     VERA ZHIRY
9
10  Dated: May 7, 2013                 */s/ Matthew C. Bockmon for*
                                     MICHAEL BIGELOW
                                     Attorney for Defendant
11                                       OLGA PALAMARCHUK

12  Dated: May 7, 2013                 */s/ Matthew C. Bockmon for*
                                     DINA SANTOS
13                                       Attorney for Defendant
                                     PYOTR BONDARUK
14
15  Dated: May 7, 2013                 */s/ Matthew C. Bockmon for*
                                     MICHAEL CHASTAINE
                                     Attorney for Defendant
16                                       PETER KUZMENKO

17
18  Dated:  May 7, 2013                BENJAMIN B. WAGNER
                                     United States Attorney

19                                       */s/ Matthew C. Bockmon for*
                                     LEE BICKLEY
20                                       Assistant U.S. Attorney
                                     Attorney for Plaintiff

21
22
23
24
25
26
27
28

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 8, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, May 9, 2013, be vacated and that the case be set for **Thursday, August 29, 2013, at 9:30 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 8, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from May 9, 2013, through and including August 29, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:     May 8, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order                                          3                              *United States v. Palamarchuk*, 11-450  TLN