MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Peter Kuzmenko

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OLGA PALAMARCHUK, et al.,<br><br>  Defendants. | Case No.: 2:11-CR-450 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 27, 2014<br>TIME: 9:30 am.<br>COURT: Hon. Troy L. Nunley |

1.   By previous order, this matter was set for status on November 21, 2013.

2.   By this stipulation, defendants now move to continue the status conference until March 27, 2014, and to exclude time between November 21, 2013, and March 27, 2014, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   This case involves over 3,6000 pages of discovery.  In addition, this case is associated with case 2:11-CR-210.  Both cases charge Peter Kuzmenko with theft and fraud involving real estate transactions.  While these cases have not been related by the court, they have over lapping issues and each case impacts the other. Between the two (2) cases there are over 40,000 pages of discovery.  This

includes thousands of pages of bank records and mortgage documents. The transactions involved are complex and diverse and involve many different defendants and alleged victims. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Most recently, in August of 2013, an additional 2301 pages of discovery were provided to defense counsel.

    b)    Counsel for all defendants require additional time to review the records with their respective clients and consult with experts to determine defenses and trial strategy. At least as to defendant Peter Kuzmenko, attempts have been made to resolve the case. To date, this has not been successful. Case 2:11-CR-210 JAM is set for jury trial on April 7, 2014. This is the more serious of the cases and would likely proceed to trial prior to the current matter. That case has been deemed complex under local rule T2.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to March 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1  4. Nothing in this stipulation and order shall preclude a finding that other
2  provisions of the Speedy Trial Act dictate that additional time periods are excludable
3  from the period within which a trial must commence.
4  IT IS SO STIPULATED.

Dated: November 18, 2013				The CHASTAINE LAW OFFICE

						By: ____/s/ Michael Chastaine
						    MICHAEL CHASTAINE
						    Attorney for Peter Kuzmenko

Dated: November 18, 2013				by ____/s/ Michael Bigelow_____
						    MICHAEL BIGELOW
						    Attorney for Olga Palamarchuk

Dated: November 18, 2013				by ____/s/ Dina Santos_____
						    DINA SANTOS
						    Attorney for Pyotr Bondaruk

Dated: November 18, 2013				OFFICE OF THE FEDERAL DEFENDER

						By: ____/s/ Matt Bockman
						    MATT BOCKMAN
						    Attorney for Very Zhiry

Dated: November 18, 2013				    BENJAMIN B. WAGNER
						United States Attorney

						By: ___/s/ Lee Bickley
						    LEE BICKLEY
						    Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, November 21, 2013 at 9:30 a.m. be continued to Thursday, March 27, 2014 at 9:30 a.m. and that the period from November 21, 2013 to March 27, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).  It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendants in a speedy trial.

Dated: November 18, 2013

_____
Troy L. Nunley
United States District Judge