BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
HEIKO COPPOLA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JUN 26 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>OLGA PALAMARCHUK, ET AL.<br><br>            Defendants. | CASE NO. 2:11-CR-450 TLN<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002-6003 GRANTING IMMUNITY<br>AND REQUIRING TESTIMONY – VALENTINA<br>MELNIK** |

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Valentina Melnik give testimony or provide other information which she refuses to give or to provide information with respect to her knowledge concerning the purchase of homes and loan applications submitted to lending institutions in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Valentina Melnik in any criminal case, except that Valentina Melnik shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise

Order re: Immunity and Requiring Testimony                     1

1 failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C.
2 § 6002.

3     IT IS SO ORDERED.
4     DATED: June 26, 2015

HON. TROY L. NUNLEY
United States District Judge

Order re: Immunity and Requiring Testimony      2

**EXHIBIT A**



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*            *Washington, D.C. 20530*

MAY 28 2015

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:    Lee S. Bickley
               Assistant U.S. Attorney

Re: *United States v. Olga Palamarchuk, et al.*

Dear Mr. Wagner:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Valentina Melnik to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

**DAVID BITKOWER**
**DEPUTY ASSISTANT ATTORNEY GENERAL**
**CRIMINAL DIVISION**