1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   HEIKO P. COPPOLA
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 2:11-CR-0450 TLN

13              Plaintiff,               STIPULATION OF THE PARTIES EXTENDING
                                         OPPOSITION FILING DEADLINE AND ORDER
14       v.
                                         COURT: Honorable Troy L. Nunley
15  OLGA PALAMARCHUK ET.AL.,

16              Defendant.

17

18                          **STIPULATION**

19      1. On July 24, 2015, defendant Olga Palamarchuk filed a "Motion for Acquittal Pursuant to Rule

20  29 and Motion for New Trial Pursuant to Rule 33." (ECF 226).  Co-defendants Peter Kuzmenko and

21  Vera Zhiry joined defendant Palamarchuk's motion. (ECF 227 and 228).  Defendant Bondaruk neither

22  filed his own motion under Rule 29 and/or Rule 33 nor did he join defendant Palamarchuk's motion.

23      2. Pursuant to Eastern District of California Local Rule 430.1(d) oppositions must be filed

24  within 7 days of the motion.  The current due date for the United States' opposition to defendant

25  Palamarchuk's motion is July 31, 2015.

26      3. Defendant Palamarchuk's motion for acquittal and new trial raises issues that require further

27  research and review of the evidence presented at trial that cannot be completed within the 7 day period

28  contemplated by Rule 430.1(d).  The United States requests a two week extension of time to August 14,

STIPULATION OF THE PARTIES                        1

2015 in order to file its opposition.

4. Counsel for defendants Palamarchuk, Kuzmenko and Zhiry have no objection to the United States' request for a two week extension to August 14, 2015 to file its opposition.

5. It is so stipulated.

Respectfully submitted,

Dated:  July 29, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *HEIKO P. COPPOLA*
HEIKO P. COPPOLA
Assistant United States Attorney

/s/ *MICHAEL BIGELOW*
MICHAEL BIGELOW
Attorney for Defendant Olga Palamarchuk

/s/ *MICHAEL CHASTAINE*
MICHAEL CHASTAINE
Attorney for Defendant Peter Kuzmenko

/s/ *KEITH STATEN*
KEITH STATEN
Attorney for Defendant Vera Zhiry

**ORDER**

IT IS SO ORDERED this day 29th of July, 2015.  The United States shall file its opposition to defendant Palamarchuk's motion for acquittal and new trial, as joined by defendants Kuzmenko and Zhiry by August 14, 2015.

Troy L. Nunley
United States District Judge