BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-450 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING ALL DEFENDANTS' RULE 29 AND RULE 33 MOTION AND SENTENCING OF DEFENDANTS ZHIRY AND BONDARUK; ORDER |
| v. | |
| OLGA PALAMARCHUK, ET AL., | |
| Defendants. | DATE: October 22, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.   The defendants' motion for acquittal pursuant to rule 29 and motion for a new trial pursuant to Rule 33 was noticed for October 1, 2015.

2.   By previous order, the judgment and sentencing date for defendants Vera Zhiry and Pyotr Bondaruk was set for October 1, 2015.

3.   By this stipulation, the defendants now move to continue the date their Rules 29 and 33 motion will be heard until October 22, 2015. That is the date set for the judgment and sentencing of defendants Olga Palamarchuk and Peter Kuzmenko.

4.   Defendants Vera Zhiry and Pyotr Bondaruk also move to continue their judgment and sentencing dates until October 22, 2015. Counsel for defendant Zhiry is in trial and will be in trial on October 1, 2015. Counsel for defendant Pyotr Bondaruk needs more time.

5.   The United States has informed the parties that absent extremely good cause, the United

1  States will not agree to any further continuances of the judgment and sentencing dates.

2      6.    The parties agree and stipulate, and request that the Court find the following:

3          a)    The date when the defendants' Motion for Acquittal Pursuant to Rule 29, and Motion for New Trial Pursuant to Rule 33 will be heard is continued until October 22, 2015, at 9:30 a.m.

6          b)    The date for judgment and sentencing of Vera Zhiry and Pyotr Bondaruk is continued until October 22, 2015, at 9:30 a.m..

IT IS SO STIPULATED.

Dated:  September 24, 2015        BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ LEE S. BICKLEY
                                            LEE S. BICKLEY
                                            Assistant United States Attorney

Dated:  September 24, 2015        /s/ Keith Staten
                                            KEITH STATEN
                                            Counsel for Defendant
                                            Vera Zhiry

Dated:  September 24, 2015        /s/ Dina Santos
                                            DINA SANTOS
                                            Counsel for Defendant
                                            Pyotr Bondaruk

Dated:  September 24, 2015        /s/ Michael Bigelow
                                            MICHAEL BIGELOW
                                            Counsel for Defendant
                                            Olga Palamarchuk

Dated:  September 24, 2015        /s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Counsel for Defendant
                                            Peter Kuzmenko

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of September, 2015.

_____
Troy L. Nunley
United States District Judge

STIPULATION RE: CONTINUANCES              3