**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Olga Palamarchuck

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-11-450 TLN |
| Plaintiff, | ORDER FOR SEALING |
| vs. | |
| OLGA PALAMARCHUCK | |
| Defendant | |

Pursuant to Rules 141 Fed.R.Civ.P.5.2, 26 and Fed. R. Crim. P. 49, 49.1, upon request of defendant Plamarachuk and for good cause shown, it is hereby ordered that the medical records submitted by defendant Palamarchuk shall be sealed until further order of this Court.

Dated: October 16, 2015

_____
Troy L. Nunley
United States District Judge

-1-