**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Olga Palamarchuk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OLGA PALAMARCHUK<br><br>　　　　Defendant | Case No. 2:11-cr-450 TLN<br><br>STIPULATION AND ORDER<br>FOR SCHEDULING PALAMARCHUK'S<br>MOTION AND SUPPLEMENTAL MOTION<br>FOR RELEASE ON BAIL PENDING<br>APPEAL |

**PROCEDURAL BACKGROUND**

Appellant Palamarchuk's motion for bail pending appeal was taken under submission by this Court on August 21, 2018. By this supplemental motion appellant is addressing an issue raised by respondent in her opposition filed on August 16, 2018.

The parties have discussed the matter of hearing and scheduling and have agreed that Appellant Palamarchuk's original motion, and this supplement to that motion, may be joined with co-defendant Bondaruk's motion for bail pending appeal, Dkt.

-1-

381. They have further agreed that briefing and hearing on Appellant Palamarchuk's motion and this supplement to that motion, shall be the same as that agreed to by the parties in the Bondaruk matter. Dkt 382.

Accordingly, by this stipulation the parties agree that the United States shall have until November 29, 2018 to file its opposition to Appellant Palamarchuk's motion for bail pending appeal and its supplement; Appellant Palamarchuk's Reply will be due on or before December 6, 2018; hearing on the matter shall be December 13, 2018, at 9:30 a.m.

**IT IS SO STIPULATED**

Dated: August 24, 2018         /s/Michael B. Bigelow
                               MICHAEL B. BIGELOW
                               Attorney for Appellant
                               Palamarchuk

Dated: August 24, 2018         /s/ Lee Bickley
                               LEE BICKLEY, Esq.
                               Assistant United States Attorney

**FINDINGS AND ORDER**

**IT IS SO ORDERED.**

Dated: August 27, 2018

Troy L. Nunley
United States District Judge