UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLGA PALAMARCHUK,<br><br>Defendant. | Case No. 2:11-CR-00450-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release OLGA PALAMARCHUK , Case No. 2:11-CR-00450-TLN Charges 18 U.S.C. § 1349, 18 U.S.C. § 1014, and 18 U.S.C. § 1957, from custody for the following reasons:

  \_\_\_\_\_ Release on Personal Recognizance

  \_\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    (Other): Released pending disposition of appeal. The Defendant shall appear before a Magistrate Judge

  X within 48 hours of her release and shall remain on the same conditions that were previously established for her pretrial release until such time.

Issued at Sacramento, California on January 17, 2019.

By: _____
District Judge Troy L. Nunley