**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
1621 McClaren Dr.
Carmichael, CA. 95608
Telephone: (916) 443-0217
Email:LawOffice.mbigelow@gmail.com

Attorney for Defendant
Olga Palamarchuk

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-450 TLN |
| Plaintiff, | STIPULATION AND ORDER RE: SELF SURRENDER DATE |
| vs. | |
| OLGA PALAMARCHUK, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

Following issuance of the mandate following the denial by the Supreme Court of her petition for Cert, it is agreed that defendant, who is currently on bail pending appeal, shall self surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshall's Office in Sacramento, California, before 2:00 p.m. on September 28, 2020.

All conditions of release shall remain in effect until defendant Palamarchuk surrenders.

**IT IS SO STIPULATED.**

DATED: June 10, 2020                /s/Michael B. Bigelow
                                    MICHAEL B. BIGELOW
                                    Attorney for Olga Palamarchuk


DATED: June 10, 2020
                                    /S/Lee Bickley
                                    LEE BICKLEY
                                    Assistant United States Attorney


**ORDER**

Based on a finding of GOOD CAUSE, the Court orders that defendant Olga Palamarchuk (having been previously convicted and sentenced to the custody of Bureau of Prisons) shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshall's Office in Sacramento, California, before 2:00 p.m. on September 28, 2020.

Dated: June 10, 2020

Troy L. Nunley
United States District Judge

-2-