HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
OLGA PALAMARCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:11-CR-450-TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND SELF-SURRENDER DATE** |
| vs. | |
| OLGA PALAMARCHUK, | Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Lee Bickley, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Ms. Olga Palamarchuk, that Ms. Palamarchuk's self-surrender date may be extended from September 28, 2020 to January 28, 2021.

On June 10, 2020, the parties filed a stipulation and proposed order to modify Ms. Palamarchuk's self-surrender date. ECF No. 408. On the same day, the Court granted the proposed order and modified Ms. Palamarchuk's self-surrender date. ECF No. 409. This order set her self-surrender date and time to September 28, 2020, before 2:00 P.M.

The parties hereby stipulate that due to the COVID-19 pandemic, Ms. Palamarchuk's self-surrender date may be extended to January 28, 2021, and respectfully move the Court to issue an order instructing her to self-surrender to the institution designated by the Bureau of

Prisons, or if no such institution has been designated, to the United States Marshals Service office in Sacramento, California at or before 2:00 P.M.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 20, 2020    */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
OLGA PALAMARCHUK

Date: August 20, 2020    MCGREGOR W. SCOTT
United States Attorney

*/s/ Lee Bickley*
LEE BICKLEY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that defendant Olga Palamarchuk, having been previously convicted and sentenced to the custody of the Bureau of Prisons, shall self-surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshals Service office in Sacramento, California on or before January 28, 2021 at 2:00 P.M.

IT IS SO ORDERED.

Dated: August 21, 2020

Troy L. Nunley
United States District Judge