HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
OLGA PALAMARCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-450-TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND SELF-SURRENDER DATE** |
| vs. | |
| OLGA PALAMARCHUK, | Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Lee Bickley, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Ms. Olga Palamarchuk, that Ms. Palamarchuk's self-surrender date may be extended from January 28, 2021 to April 30, 2021.

On June 10, 2020, the parties filed a stipulation and proposed order to modify Ms. Palamarchuk's self-surrender date. ECF No. 408. On the same day, the Court granted the proposed order and modified Ms. Palamarchuk's self-surrender date. ECF No. 409. This order set her self-surrender date and time to September 28, 2020, before 2:00 P.M. Because of the ongoing pandemic, the parties later stipulated to extend the self-surrender date to January 28, 2021, and accordingly the Court reset Ms. Palamarchuk's self-surrender to that date. ECF Nos. 411, 412.

1   The parties hereby stipulate that due to the ongoing COVID-19 pandemic and the current
2   concerns around its new variant, Ms. Palamarchuk's self-surrender date may be extended to
3   April 30, 2021, and respectfully move the Court to issue an order instructing her to self-surrender
4   on or before that date to the institution designated by the Bureau of Prisons, or if no such
5   institution has been designated, to the United States Marshals Service office in Sacramento,
6   California at or before 2:00 P.M.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 4, 2021         */s/ Christina Sinha*
                              CHRISTINA SINHA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              OLGA PALAMARCHUK


Date: January 4, 2021         MCGREGOR W. SCOTT
                              United States Attorney

                              */s/ Lee Bickley*
                              LEE BICKLEY
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that defendant Olga Palamarchuk, having been previously convicted and sentenced to the custody of the Bureau of Prisons, shall self-surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshals Service office in Sacramento, California on or before April 30, 2021 at 2:00 P.M.

IT IS SO ORDERED.

Dated: January 5, 2021

Troy L. Nunley
United States District Judge