HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
OLGA PALAMARCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-450-TLN-1 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO EXTEND** |
| vs. | ) **SELF-SURRENDER DATE** |
| OLGA PALAMARCHUK, | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Lee Bickley, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Ms. Olga Palamarchuk, that Ms. Palamarchuk's self-surrender date may be extended from April 30, 2021 to June 15, 2021.

Due to the COVID-19 pandemic, the parties previously stipulated that Ms. Palamarchuk's self-surrender date could be set for April 30, 2021; the Court accordingly ordered Ms. Palamarchuk to self-surrender on or before April 30, 2021 at 2:00 P.M. ECF Nos. 415-16.

Ms. Palamarchuk requests that her self-surrender date be extended to June 15, 2021 due to the ongoing COVID-19 pandemic. The United States does not object. Ms. Palamarchuk therefore respectfully moves the Court to issue an order instructing her to self-surrender on or before that date to the institution designated by the Bureau of Prisons, or if no such institution

has been designated, to the United States Marshals Service office in Sacramento, California at or before 2:00 P.M.

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
Federal Defender

Date: March 16, 2021                */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
OLGA PALAMARCHUK

Date: March 16, 2021                PHILLIP A. TALBERT
Acting United States Attorney

                              */s/ Lee Bickley*
LEE BICKLEY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that defendant Olga Palamarchuk, having been previously convicted and sentenced to the custody of the Bureau of Prisons, shall self-surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshals Service office in Sacramento, California on or before June 15, 2021 at 2:00 P.M.

IT IS SO ORDERED.

Dated: March 16, 2021

Troy L. Nunley
United States District Judge