| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | OLGA PALAMARCHUK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-450-TLN-1 |
|---|---|
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO EXTEND** |
| | ) **SELF-SURRENDER DATE AND SET** |
| vs. | ) **COMPASSIONATE RELEASE BRIEFING** |
| | ) **SCHEDULE** |
| OLGA PALAMARCHUK, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Lee Bickley, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Ms. Olga Palamarchuk, that Ms. Palamarchuk's self-surrender date may be extended from June 15, 2021 to **July 16, 2021**. The parties likewise stipulate to the below-detailed briefing schedule for the defense's forthcoming compassionate release motion.

Due to the COVID-19 pandemic, the parties previously stipulated that Ms. Palamarchuk's self-surrender date could be set for June 15, 2021; the Court accordingly ordered Ms. Palamarchuk to self-surrender on or before June 15, 2021 at 2:00 P.M. ECF No. 423.

Ms. Palamarchuk requests that her self-surrender date be extended to July 16, 2021 due to the parties' forthcoming briefing on the issue of compassionate release. The United States does not object. Ms. Palamarchuk therefore respectfully moves the Court to set the following briefing

schedule:

- The defense's motion to reduce Ms. Palamarchuk's sentence under 18 U.S.C. § 3582(c)(1)(A)(i) (motion for compassionate release) shall be filed on or before **June 4, 2021**.
- The government's opposition shall be filed on or before **June 18, 2021**.
- The defense's reply shall be filed on or before **June 25, 2021**.

Ms. Palamarchuk also respectfully moves the Court to:

- Issue an order instructing Ms. Palamarchuk to self-surrender on or before **July 16, 2021 at 2:00 P.M.** to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshals Service office in Sacramento, California.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 27, 2021      */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
OLGA PALAMARCHUK

Date: May 27, 2021      PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Lee Bickley*
LEE BICKLEY
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order to Extend Self-Surrender
Date and set Compassionate Release Motion
Briefing Schedule

-2-

*United States v. Palamarchuk,*
Case No.: 2:11-cr-450-TLN

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that defendant Olga Palamarchuk, having been previously convicted and sentenced to the custody of the Bureau of Prisons, shall self-surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshals Service office in Sacramento, California on or before July 16, 2021 at 2:00 P.M. The parties' stipulated briefing schedule is likewise adopted.

IT IS SO ORDERED.

Dated: May 27, 2021

Troy L. Nunley
United States District Judge

Stipulation and Order to Extend Self-Surrender
Date and set Compassionate Release Motion
Briefing Schedule

-3-

*United States v. Palamarchuk,*
Case No.: 2:11-cr-450-TLN