UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00450-TLN |
| Plaintiff, | ) **ORDER SEALING DOCUMENTS** |
| vs. | ) |
| OLGA PALAMARCHUK, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, upon application of Defendant Olga Palamarchuk ("Defendant"), the Court orders that Exhibits A through E to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A)(I) (Compassionate Release) (ECF No. 434) and the Request to Seal Documents shall be filed under seal. It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

The documents shall remain under seal until further order of the Court.

IT IS SO ORDERED.

DATED: June 23, 2021

Troy L. Nunley
United States District Judge